UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:10-CR-35-1D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER FOR |
| v. | ) | WHISTLEBLOWER AWARD |
| | ) | |
| COOPERATIVE SUCCESS MARITIME, S.A. | ) | |

This matter comes before the Court by motion of the United States for a payment of a "whistleblower award" pursuant to the Act to Prevent Pollution from Ships ("APPS"), 18 U.S.C. § 1908(a). For the reasons set forth in the United States' motion, the Court concludes that an award is appropriate in this case. The Court finds that assistance of Renato Bolocon, Emmanuel Gesulgon, Chester Parman, and Abbie Pasaquian led to the successful prosecution of this case. The Court further finds that although the nature of the assistance provided by each individual varied, each individual contributed equally to the success of the government's case.

The Court further finds that an award in this matter would be consistent with the manifest purpose of the statute of encouraging those with information about unlawful conduct to come forward and disclose that information to authorities. Accordingly, the motion is hereby **GRANTED**.

IT IS HEREBY ORDERED that from the total $500,000 criminal fine paid by Cooperative Success Maritime, S.A. for the APPS violation, the Clerk of Court is directed to make disbursements as follows:

a. $ _50,000.00_
to Renato Bolocon
c/o Mr. Daniel J. Dolan
Attorney at Law
5 West Hargett Street, Suite 902
Raleigh, North Carolina 27601

b. $ _50,000.00_
to Emmanuel Gesulgon
c/o Ms. Mary Jude Darrow
Attorney at Law
P.O. Box 41308
Raleigh, NC 27629-1308

c. $ _50,000.00_
to Chester Parman
c/o Ms. Cindy Popkin-Bradley
Attorney at Law
8401 Southbriar Drive
Raleigh, North Carolina 27606

d. $ _50,000.00_
to Abbie Pasaquian
c/o Mr. Walter A. Schmidlin, III
Stewart and Schmidlin, PLLC
Post Office Drawer 120
105 South Third Street
Smithfield, North Carolina 27577

The total amount of the award falls within the Court's discretion to award up to $250,000, or one-half of the total criminal fine. 33 U.S.C. § 1908(a).

IT IS FURTHER ORDERED that counsel for each of the whistleblowers shall file a notice of appearance in this case and shall thereafter file a written notice with the Court confirming: (1) their clients' receipt of a copy of this Order; (2) their authority to receive payment on behalf of their respective clients; and (3) their client's actual receipt to the award monies.

IT IS FURTHER ORDERED THAT the Clerk of the Court send a copy of this Order to each of the attorneys listed above.

SO ORDERED this 25 day of June, 2010.

_____
HONORABLE JAMES C. DEVER, III
United States District Court Judge

-3-

Case 4:10-cr-00035-D   Document 20   Filed 06/25/10   Page 3 of 3